Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of electrical mixing machines similar in all material respects to those the subject of Abstract 65798, the claim of the plaintiffs was sustained.

No. 68155.—Lafayette Radio Electronics Corp. et al. *v.* United States, protests 62/3571, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of various types of meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.

No. 68156.—United China & Glass Co. *v.* United States, protest 61/12306 (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of Hibachis similar in all material respects to the Mini Bachis the subject of Abstract 67238, the claim of the plaintiff was sustained.

No. 68157.—United China & Glass Co. *v.* United States, protests 62/12091 and 60/26783 (Portland, Oreg.).